AO 91 (Rev. 5/85) Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT

State and DISTRICT New Mexico

NOV 7 - 2017

MATTHEW J. DYKMAN
CLERK

**UNITED STATES OF AMERICA**

**V.**

**Daniel NUNEZ-Carbajal**
**AKA: Daniel NUNEZ; Damian PEREZ; Adrain REYES; Adrian Nuqez-Reyes**

## CRIMINAL COMPLAINT

CASE NUMBER: 17-MJ-3065

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 6-Nov-17 in San Juan county, in the State and District of New Mexico defendant (s) di( (Track Statutory Language of Offense)

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of an aggravated felony, to wit: Receiving or Tranferring a Stolen Vehicle, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, in the State and District of New Mexico.

in violation of Title 8 United States Code, Section(s 1326 (b)(2)

I further state that I am a Deportation Officer and that this complaint is based on the following facts:
Official Title

The Defendant was encountered at a residence that the U.S. Marshals were serving an arrest warrant; The Defendant's information was given to ICE Officers in Farmington, New Mexico. Record checks where conducted and review of the Defendant's A-File indicated that the Defendant is a citizen and national of Mexico and was ordered removed from the United States by an Immigration Judge on October 26, 2005, and removed to Mexico on November 7, 2005. That order was reinstated on August 28, 2012, May 31, 2013, and November 2, 2013, the defendant was subsequently removed to Mexico on December 21, 2012, October 31, 2013, and July 7, 2014.

May 3, 2004, The Defendant was convicted in State of New Mexico, County of San Juan, in the District court for 4 counts of Forgery and sentenced to 3 years unsupervised probation.

March 22, 2007, The Defendant was convicted in the Thirteenth Judicial District Court, County of Sandoval, State of New Mexico for Receiving a Stolen Vehicle and Resisting Evading or Obstructing an Officer and was sentenced to 18 months Supervised probation.

December 19, 2012, The Defendant was convicted in United States District Court, District of New Mexico for 8 USC 1326 and sentenced to 113 days.

August 19, 2013, the Defendant was convicted in the United States District Court, District of New Mexico for 8 USC 1326 and sentenced to 81 Days.

May 21, 2014, the Defendant was convicted in the United States District Court, District of New Mexico for 8 USC 1326 and sentenced to 8 Months.

A review of the Defendant's immigration history does not indicate that the Defendant has ever applied for, or received, the consent of the appropriate authority of the United States to reapply for admission into the United States.

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

November 7, 2017 at Farmington, New Mexico
Date

B. Paul Briones United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer